| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Stranch, Jane B. | 2. Court or Organization Sixth Circuit Court of Appeals | 3. Date of Report 09/08/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

701 Broadway, Room 330
Nashville, TN 37203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Branstetter Partners |
| 2. | Trustee | Trust #2 |
| 3. | Co-Trustee | Trust #3 |
| 4. | Trustee | Trust #4 |
| 5. | Trustee | Trust #5 |
| 6. | Trustee | Trust #6 |
| 7. | Trustee | Trust #7 |
| 8. | Co-Executor | Estate #1 |
| 9. | Power of Attorney | Family Member |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 15

**Name of Person Reporting**

Stranch, Jane B.

**Date of Report**

09/08/2017

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Self-employeed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Case Western Reserve University School of Law | 04/09/2016 - 04/10/2016 | Cleveland, Ohio | Moot Court Competition | Transportation, food |
| 2. | NYU and Columbia Law School | 11/11/2016 - 11/13/2016 | New York, NY | Judicial Education Seminar | Transportation, lodging, and food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stranch, Jane B.** | 09/08/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 09/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | K | T | | | | | |
| 2. Capstar Bank Account | A | Interest | K | T | | | | | |
| 3. UBS Financial Services, Inc. Accounts (H) | | | | | | | | | |
| 4. - UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 5. - American Funds Capital Income Builder Fund | D | Dividend | M | T | | | | | |
| 6. - Virtus Emerging Mkts Opportunities Fund | A | Dividend | K | T | | | | | |
| 7. - Virtus Equity Trend Fund Class A | A | Dividend | | | Sold (part) | 05/24/16 | M | A | |
| 8. - Virtus Multi-Sector Short-Term Bond Fund | B | Dividend | K | T | | | | | |
| 9. - ISHARES Silver Trust | | None | | | Sold | 05/24/16 | J | A | |
| 10. - SPDR Gold Trust | | None | | | Sold | 05/24/16 | J | A | |
| 11. - First Eagle Global Fund Class A | D | Dividend | N | T | Buy | 05/25/16 | N | | |
| 12. - Lincoln Life Deferred Income Annuity | | None | N | T | Buy | 12/29/16 | N | | |
| 13. - IRA #1 (cash account) held by UBS | A | Interest | | | Closed | 05/20/16 | J | | |
| 14. - IRA #2 (cash account) held by UBS | A | Interest | | | Closed | 05/23/16 | J | | |
| 15. - Telecom Argentina Stock | A | Dividend | J | T | | | | | |
| 16. - Scolar Pharma, Inc. Stock | | None | | | Sold | 05/26/16 | J | A | |
| 17. Piedmont Natural Gas Stock | A | Dividend | | | Sold | 07/18/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CapStar Financial Holdings, Inc. Stock (CSTR) | | None | M | T | | | | | |
| 19. UBS Financial Services, Inc. Pension Plan #1 | D | Int./Div. | | | Closed | 06/06/16 | P1 | | |
| 20. John Hancock USA Pension Plan #2 (H) | | | | | | | | | |
| 21. - Oppenheimer Developing Mkt | | None | | | Sold | 05/24/16 | J | A | |
| 22. - T. Roe Price Health Sci | | None | | | Sold | 05/24/16 | K | A | |
| 23. - Legg Mason Clear Br Agg. Growth | | None | | | Sold | 05/24/16 | K | A | |
| 24. - Energy (Vanguard) | | None | | | Sold | 05/24/16 | J | A | |
| 25. - Intl Small Cap Fund | | None | | | Sold | 05/24/16 | J | A | |
| 26. - EuroPacific Growth Fund | | None | | | Sold | 05/24/16 | J | A | |
| 27. - Real Est. Securities Fund | | None | | | Sold | 05/24/16 | K | A | |
| 28. - Capital Appreciation Fund | | None | | | Sold | 05/24/16 | K | A | |
| 29. - John Hancock Disciplined Value | | None | | | Sold | 05/24/16 | J | A | |
| 30. - JP Morgan US Equity Fund | | None | | | Sold | 05/24/16 | K | A | |
| 31. - American Funds 2025 TD | | None | N | T | Buy | 05/24/16 | K | | |
| 32. | | | | | Buy (add'l) | 06/06/16 | M | | |
| 33. - American Funds 2035 TD | | None | N | T | Buy | 05/24/16 | K | | |
| 34. | | | | | Buy (add'l) | 06/06/16 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 09/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - American Funds Capital Income Builder | | None | N | T | Buy | 05/24/16 | L | | |
| 36. | | | | | Buy (add'l) | 06/06/16 | N | | |
| 37. - Parnassus Core Equity Fund | | None | M | T | Buy | 05/24/16 | K | | |
| 38. | | | | | Buy (add'l) | 06/06/16 | L | | |
| 39. - Undiscovered Mgr Behavorial Value Fund | | None | M | T | Buy | 05/24/16 | K | | |
| 40. | | | | | Buy (add'l) | 06/06/16 | L | | |
| 41. UBS Financial Services, Inc. Pension Plan #3 | D | Int./Div. | | | Closed | 06/06/16 | P1 | | |
| 42. John Hancock USA Pension Plan #4 (H) | | | | | | | | | |
| 43. - Lifestyle Aggressive | | None | | | Sold | 05/24/16 | L | A | |
| 44. - Oppenheimer Developing Mkt Fund | | None | N | T | | | | | |
| 45. | | | | | Buy (add'l) | 05/24/16 | K | | |
| 46. | | | | | Buy (add'l) | 06/06/16 | M | | |
| 47. - T. Roe Price Health Sci | | None | | | Sold | 05/24/16 | L | A | |
| 48. - Legg Mason Clear Br Agg. Growth | | None | | | Sold | 05/24/16 | K | A | |
| 49. - Energy (Vanguard) | | None | | | Sold | 05/24/16 | J | A | |
| 50. - Inl Small Cap Fund | | None | | | Sold | 05/24/16 | K | A | |
| 51. - EuroPacific Growth Fund | | None | | | Sold | 05/24/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 09/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Capital Appreciation Fund | | None | | | Sold | 05/24/16 | K | A | |
| 53. - John Hancock Disciplined Value | | None | | | Sold | 05/24/16 | J | A | |
| 54. - JP Morgan US Equity Fund | | None | | | Sold | 05/24/16 | J | A | |
| 55. - American Funds 2020 TD | | None | O | T | Buy | 05/24/16 | L | | |
| 56. | | | | | Buy (add'l) | 06/06/16 | N | | |
| 57. - American Funds American Balanced Fund | | None | O | T | Buy | 05/24/16 | L | | |
| 58. | | | | | Buy (add'l) | 06/06/16 | N | | |
| 59. - Undiscovered Mgr Behavioral Value Fund | | None | N | T | Buy | 05/24/16 | K | | |
| 60. | | | | | Buy (add'l) | 06/06/16 | M | | |
| 61. - T. Rowe Price Sci & Tech Fund | | None | M | T | Buy | 05/24/16 | K | | |
| 62. | | | | | Buy (add'l) | 06/06/16 | M | | |
| 63. Memphis Partners | A | Dividend | K | T | | | | | |
| 64. Branstetter Partners (H) | | | | | | | | | |
| 65. - Pinnacle Bank Account | A | Interest | M | T | | | | | |
| 66. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | P1 | Q | | | | | |
| 67. Trust #2, real property Nashville, TN (2005-8, $282,000) (Y) | | | | | | | | | |
| 68. Trust #3 (H) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 09/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - UBS Bank USA Deposit Account (Y) | | | | | | | | | |
| 70. - American Funds Capital Income Builder Fund (Y) | | | | | | | | | |
| 71. - Virtus Equity Trend Fund Class A (Y) | | | | | | | | | |
| 72. - Virtus Dynamic Trend Fund Class A (Y) | | | | | | | | | |
| 73. - Virtus Emerging Markets Opportunities Fund (Y) | | | | | | | | | |
| 74. - First Eagle Global Fund Class A (Y) | | | | | | | | | |
| 75. Trust #4 (H) (Y) | | | | | | | | | |
| 76. - Investment Property, Nashville, TN (Appraisal 4/09) (Y) | | | | | | | | | |
| 77. Trust #5 (H) (Y) | | | | | | | | | |
| 78. - Investment Property, Nashville, TN (Appraisal 4/09) (Y) | | | | | | | | | |
| 79. Trust #6 (H) (Y) | | | | | | | | | |
| 80. - Investment Property, Nashville, TN (Appraisal 4/09) (Y) | | | | | | | | | |
| 81. Trust #7 (H) (Y) | | | | | | | | | |
| 82. - Investment Property, Nashville, TN (Appraisal 4/09) (Y) | | | | | | | | | |
| 83. Northwestern Mutual: Whole Life Policy | B | Dividend | L | T | | | | | |
| 84. Pinnacle Bank Accounts | A | Interest | N | T | | | | | |
| 85. Estate #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stranch, Jane B. | 09/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Pinnacle Bank Account | A | Interest | M | T | | | | | |
| 87. - UBS Bank USA Bus. Acct. | A | Interest | M | T | | | | | |
| 88. - Virtus Equity Trend Fund Class A | B | Dividend | M | T | | | | | |
| 89. - General Mtrs. Accep.Corp.Bond | C | Interest | L | T | | | | | |
| 90. - BCM 1999-B A5 SER 1999-B CL A-5 | B | Interest | J | T | | | | | |
| 91. - OAK SER 2001-C CL A-4 | B | Interest | J | T | | | | | |
| 92. - Structure Asset Securities Co. SER 2004-GEL3 CL B | A | Interest | | | Matured | 11/25/16 | J | A | |
| 93. - FHR 3034 SE | A | Interest | J | T | | | | | |
| 94. - Met Govt Nashville&David SR A RV BE/R/ | B | Interest | J | T | | | | | |
| 95. - Memphis Tenn ASSUR BE/R/ | B | Interest | L | T | | | | | |
| 96. - Shelby Co TN Hlth Ed&HSG CRSOVR RV MLTFM C B/E/R/ | | None | J | T | | | | | |
| 97. - Met Govt Nashville&David SR A RV BE/R/ | B | Interest | K | T | | | | | |
| 98. - Blackrock Muniassets Fund Inc | E | Dividend | N | T | | | | | |
| 99. - Nuveen Invt Quality Muni Fund Inc | D | Dividend | M | T | | | | | |
| 100. - Ivy Limited Term Bond Fund | D | Dividend | O | T | | | | | |
| 101. - Lord Abbett Short Duration Income Fund Class A | E | Dividend | O | T | | | | | |
| 102. - Oppenheimer Rochester High Yield Municipal Fund Class A | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 09/08/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Virtus Multi-Sector Short Term Bond Fund Class A | E | Dividend | O | T | | | | | |
| 104.  - Virtus Dynamic Trend Fund ClassA | B | Dividend | | | Merged (with line 88) | 12/31/16 | M | | |
| 105.  - First Eagle Global Fund Class A | A | Dividend | M | T | | | | | |
| 106.  - FT-Franklin Income C | D | Dividend | M | T | | | | | |
| 107.  IRA #3 (H) | | | | | | | | | |
| 108.  - Loomis Sayles Bond Fund (Class Institutional | A | Dividend | K | T | Buy | 05/26/16 | K | | |
| 109. | | | | | Sold (part) | 10/18/16 | J | | |
| 110.  - Virtus Newfleet Multi-Sector Short Term Bond Fund Class I | B | Dividend | K | T | Sold (part) | 05/26/16 | M | | |
| 111. | | | | | Sold (part) | 10/19/16 | J | | |
| 112.  - Delaware Value Fund Institutional Class I | A | Dividend | K | T | Buy | 05/26/16 | K | | |
| 113. | | | | | Sold (part) | 10/19/16 | J | | |
| 114.  - RMB Mendon Financial Services Fund Class A | | None | J | T | Buy | 10/21/16 | J | | |
| 115.  - First Eagle Global Funds Class I | A | Dividend | K | T | Buy | 05/26/16 | K | | |
| 116. | | | | | Sold (part) | 10/18/16 | J | | |
| 117.  - Franklin Inc. Adv | A | Dividend | K | T | Buy | 05/26/16 | K | | |
| 118. | | | | | Sold (part) | 10/19/16 | J | | |
| 119.  - The Income Fund of America Fund Class F2 | A | Dividend | K | T | Buy | 05/26/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 09/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 10/19/16 | J | | |
| 121.  - Loomis Sayles Global Equity and Income fund CL Y | A | Dividend | K | T | Buy | 05/26/16 | K | | |
| 122. | | | | | Sold (part) | 10/19/16 | J | | |
| 123.  - Thornburg Income Builder CL I | A | Dividend | K | T | Buy | 05/26/16 | K | | |
| 124. | | | | | Sold (part) | 10/19/16 | J | | |
| 125.  - Virtus Emerging Markets Opportunities Fund | | None | | | Sold | 05/26/16 | J | | |
| 126.  - Virtus Equity Trend Fund Class A | | None | | | Sold (part) | 05/24/16 | J | | |
| 127. | | | | | Sold | 05/31/16 | K | | |
| 128.  IRA #4 (H) | | | | | | | | | |
| 129.  - Loomis Sayles Bond Fund Class Institutional | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 130. | | | | | Sold (part) | 10/19/16 | J | | |
| 131.  - Virtus Newfleet Multi-Sector Short Term Bond Fund Class I | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 132.  - Delaware Value Fund Institutional Class I | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 133. | | | | | Sold (part) | 10/19/16 | J | | |
| 134.  - RMB Mendon Financial Services Fund Class A | | None | J | T | Buy | 10/21/16 | J | | |
| 135.  - First Eagle Global Funds Class I | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 136. | | | | | Sold (part) | 10/19/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 09/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Franklin Inc Adv | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 138. | | | | | Sold (part) | 10/19/16 | J | | |
| 139.  - The Income Fund of America Fund Class F2 | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 140. | | | | | Buy (add'l) | 10/19/16 | J | | |
| 141.  - Loomis Sayles Global Equity and Income Fund CL Y | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 142. | | | | | Sold (part) | 10/19/16 | J | | |
| 143.  - Thornburg Income Builder CL 1 | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 144. | | | | | Sold (part) | 10/19/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 09/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All Part VII, references by line listed below:

1. Line 6 and 7 on this report include two Virtus Funds, some portion or all of which were transferred to IRA #3 (see Lines 125 and 126). Both Funds were sold in 2016.

2. Line 8 (on the 2015 report) contained investments in the Virtus Short-term Bond Fund in two UBS accounts. One account was transferred in 2016 to the UBS Portfolio Management Program, Global Balanced Strategy, and is now reported separately on Line 110 of this report. The remaining investment in this Fund is reported on Line 8 of this report.

3. Line 16 (on the 2015 report), Line 18 on this report is now publicly traded stock under the designation "CSTR", which designation has been added to the description of the asset.

4. Lines 21-30, 43, 47-54 contain information on funds selected by John Hancock for my pension, all of which were sold on 5/24/16. I called the Committee and was told that the information regarding income in Column B referred to internal reinvestments made within those funds. In response to a request for this information, John Hancock states " In all cases, our sub-accounts reinvest any mutual fund distributions received into additional shares of the underlying mutual fund. The reinvestment of such distributions results in a holding of more shares, at a lower per share price, but the total dollar amount invested does not change. As a result, such transactions are not relevant for the unit holders of our sub-accounts, and are not recorded at a participant level." Therefore, no information is maintained at the participant level that applies to Column B of my report.

5. Lines 31 - 40 contain managed investments held in my John Hancock USA Pension Plan #2 (Line 20). I own only units in the pooled investment account that is controlled by the named investment manager and held in the custody of John Hancock.

6. Lines 44-46 and 55-62 contain managed investments held in my husband's John Hancock USA Pension Plan #4 (Line 42). He owns only units in the pooled investment account that is controlled by the named investment manager and held in the custody of John Hancock.

7. Line 48 (on the 2015 report) previously reported on Trust #2. Trust #2 appears on Line 67 in this report with a (Y) as reporting is no longer required. Upon receiving the Updates to Filing Instructions for Calendar Year 2016 Reports and reviewing the explanation for "Disclosure of assets held in a trust or estate," I realized that while I am required to report on my position as Trustee of Trust #2 in Part I, reporting is no longer required on Trust #2 in Part VII. I called the Committee to verify and was told to include a note of explanation in Part VIII. My ⬛ and I have ⬛. My ⬛ and I did not create Trust #2 and do not receive income from or have a beneficial interest in the principal or income from Trust #2.

8. Line 49 (on the 2015 report) previously began the reporting on Trust #3: Line 49 was the heading for Trust #3 and Lines 50 - 60 reported on its assets. Trust #3 appears on Lines 68 to 74 in this report with a (Y) as reporting is no longer required. Upon receiving the Updates to Filing Instructions for Calendar Year 2016 Reports and reviewing the explanation for "Disclosure of assets held in a trust or estate," I realized that while I am required to report on my position as Trustee of Trust #3 in Part I, reporting is no longer required on Trust #3 in Part VII. I called the Committee to verify and was told to include a note of explanation in Part VIII. My ⬛ and I have ⬛. My ⬛ and I did not create Trust #3 and do not receive income from or have a beneficial interest in the principal or income from Trust #3.

9. Line 61 (on the 2015 report) previously began the reporting on Trust #4: Line 61 was the heading for Trust #4 and Line 62 reported on its asset. Trust #4 appears on Lines 75 to 76 in this report with a (Y) as reporting is no longer required. Upon receiving the Updates to Filing Instructions for Calendar Year 2016 Reports and reviewing the explanation for "Disclosure of assets held in a trust or estate," I realized that while I am required to report on my position as Trustee of Trust #4 in Part I, reporting is no longer required on Trust #4 in Part VII. I called the Committee to verify and was told to include a note of explanation in Part VIII. My ⬛ and I have ⬛. My ⬛ and I did not create Trust #4 and do not receive income from or have a beneficial interest in the principal or income from Trust #4.

10. Line 63 (on the 2015 report) previously began the reporting on Trust #5: Line 63 was the heading for Trust #5 and Line 64 reported on its asset. Trust #5 appears on Lines 77 to 78 in this report with a (Y) as reporting is no longer required. Upon receiving the Updates to Filing Instructions for Calendar Year 2016 Reports and reviewing the explanation for "Disclosure of assets held in a trust or estate," I realized that while I am required to report on my position as Trustee of Trust #5 in Part I, reporting is no longer required on Trust #5 in Part VII. I called the Committee to verify and was told to include a note of explanation in Part VIII. My ⬛ and I have ⬛ My ⬛ and I did not create Trust #5 and do not receive income from or have a beneficial interest in the principal or income from Trust #5.

11. Line 65 (on the 2015 report) previously began the reporting on Trust #6: Line 65 was the heading for Trust #4 and Line 66 reported on its asset. Trust #6 appears on Lines 79 to 80 in this report with a (Y) as reporting is no longer required. Upon receiving the Updates to Filing Instructions for Calendar Year 2016 Reports and reviewing the explanation for "Disclosure of assets held in a trust or estate," I realized that while I am required to report on my position as Trustee of Trust #6 in Part I, reporting is no longer required on Trust #6 in Part VII. I called the Committee to verify and was told to include a note of explanation in Part VIII. My ⬛ and I have ⬛. My ⬛ and I did not create Trust #6 and do not receive income from or have a beneficial interest in the principal or income from Trust #6.

12. Line 67 (on the 2015 report) previously began the reporting on Trust #7: Line 67 was the heading for Trust #7 and Line 68 reported on its asset. Trust #7 appears on Lines 81 to 82 in this report with a (Y) as reporting is no longer required. Upon receiving the Updates to Filing Instructions for Calendar Year 2016 Reports and reviewing the explanation for "Disclosure of assets held in a trust or estate," I realized that while I am required to report on my position as Trustee of Trust #7 in Part I, reporting is no longer required on Trust #7 in Part VII. I called the Committee to verify and was told to include a note of explanation in Part VIII. My ⬛ and I have ⬛. My ⬛ and I did not create Trust #7 and do not receive income from or have a beneficial interest in the principal or income from Trust #7.

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 09/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

13. Line 90 (on the 2015 report)(Line 104 on this report) reports on Virtus Dynamic Trend Fund Class A, which was merged by Virtus (at its discretion) into Virtus Equity Trend Fund Class A found on Line 74 (2015 report) and Line 88 on this report.

14. Line 107, IRA #3, is an IRA held by UBS and previously reported under UBS Financial Services, Inc. Accounts (H) (Line3). In 2016, I moved the IRA into UBS's Retirement Account Portfolio Management Program, granting it full discretion over the account investments under its Global Balanced Strategy.

15. Line 128, IRA #4, is an IRA that I created in 2016 in UBS's Retirement Account Portfolio Management Program. I granted UBS full discretion over the account investments under its Global Balanced Strategy.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jane B. Stranch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544